**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: Case No. 26-72276

SARITA KHATRI, Chapter 11

Debtor(s)

-----------------------------------------------------------------x

Amended

**AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)**

Sarita Khatri, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on June 4, 2026.

2. Schedule(s) A/B, C, H, I & J were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

☑ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

☐ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [If creditors have been ***added***] An amended mailing matrix is annexed hereto, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

***Reminder**: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: 7-7-26

Debtor (signature)

Sworn to before me this 7th

Day of July, 20 26

Notary Public, State of New York

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 2027