UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re: Chapter 11

SARITA KHATRI,

Case No.: 8-26-72276-spg

Debtors.
-----------------------------------------------------x

**AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)**

Heath S. Berger, attorney for the debtors herein, affirms as follows:

1. Debtor(s) filed a petition under Chapter 11 of the Bankruptcy Code on June 4, 2026.

2. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

3. If applicable, an amended mailing matrix is annexed hereto reflecting such changes as have been referred to above.

Dated: Syosset, New York
July 7, 2026

BFSNG Law Group LLP
Attorneys for Debtor

BY: ______________________________
Heath S. Berger, Esq.
6851 Jericho Turnpike
Suite 250
Syosset, New York 11791
(516) 747-1136

IN RE: SARITA KHATRI

CASE NO. 8-26-72276-spg

CHAPTER 11

***SPECIFIC LIST SETTING FORTH THE CHANGES***

**SCHEDULE D-CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY**

**ADDITION:**

Ally
PO Box 380902
Bloomington, MN 55438-0902

Ford Motor Credit
PO Box 31111
Tampa, FL 33631-3111

Mercedes-Benz Financial Svcs
PO Box 961
Roanoke, TX 76262

Ally
PO Box 380902
Bloomington, MN 55438-0902

Ford Motor Credit
PO Box 31111
Tampa, FL 33631-3111

Mercedes-Benz Financial Svcs
PO Box 961
Roanoke, TX 76262

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re: Chapter 11

SARITA KHATRI, Case No.: 8-26-72276-spg

Debtors.
---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
:ss.
COUNTY OF NASSAU )

I , Dawn Profita, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Smithtown, New York.

On July 7, 2026, I served a copy of the within **AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a), SPECIFIC LIST AND AMENDED SCHEDULE D** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known addresses set forth after each name:

**SEE ANNEXED SERVICE LIST:**

Dawn Profita

Sworn to before me this
7th day of July, 2026

Notary Public

MARY ELLEN MARCHETTI
Notary Public, State of New York
No. 01MA4734600
Qualified in Nassau County
Commission Expires 9/30/2029

SERVICE LIST

U.S. Trustee
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza-Room 560
Central Islip, NY 11722

U.S. Trustee Trial Attorney
William J. Birmingham
Office of the United States Trustee-Region 2
560 Federal Plaza
Central Islip, NY 11722

Ally
PO Box 380902
Bloomington, MN 55438-0902

Ford Motor Credit
PO Box 31111
Tampa, FL 33631-3111

Mercedes-Benz Financial Svcs
PO Box 961
Roanoke, TX 76262

**Fill in this information to identify your case:**

Debtor 1: Sarita Khatri
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): ____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 8-26-72276

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Ally | $51,000.00 | $25,790.00 | $25,210.00 |

**2.1 Ally**
Creditor's Name

PO Box 380902
Bloomington, MN
55438-0902
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2024 Ford Mustang 2,000 miles

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

**Date debt was incurred** ____ **Last 4 digits of account number** ____

Debtor 1 Sarita Khatri
First Name Middle Name Last Name

Case number (if known) 8-26-72276

2.2 **Cross Country Mortgage**
Creditor's Name

2160 Superlor Avenue
Cleveland, OH 44114
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $600,000.00 $1,000,000.00 $0.00

41 Old Westbury Road Old Westbury, NY 11568 Nassau County

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** February 2020

**Last 4 digits of account number** ______

2.3 **Ford Motor Credit**
Creditor's Name

PO Box 31111
Tampa, FL 33631-3111
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $22,000.00 $33,200.00 $0.00

2024 Ford F250 28,000 miles

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** ______

**Last 4 digits of account number** ______

Debtor 1 Sarita Khatri
First Name Middle Name Last Name

Case number (if known) 8-26-72276

2.4 HPIII New York 1010 LLC
Creditor's Name

122 East 42nd Street
18th Floor
Brooklyn, NY 11203
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $1,241,471.00 $2,000,000.00 $0.00

204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

Date debt was incurred Judgment dated March 4, 2026

Last 4 digits of account number ______

2.5 JPMorgan Chase Bank
Creditor's Name

1111 Polaris Parkway
Columbus, OH 43240
Number, Street, City, State & Zip Code

Describe the property that secures the claim: $1,043,174.06 $2,000,000.00 $1,043,174.06

204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

Date debt was incurred August 2020

Last 4 digits of account number ______

Debtor 1 Sarita Khatri Case number (if known) 8-26-72276
First Name Middle Name Last Name

**2.6 Mercedes-Benz Financial Svcs**
Creditor's Name

PO Box 961
Roanoke, TX 76262
Number, Street, City, State & Zip Code

Describe the property that secures the claim: 2021 Mercedes-Benz S580 28,000 miles

$44,000.00 | $52,380.00 | $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

**Date debt was incurred** ____ **Last 4 digits of account number** ____

**2.7 Mercedes-Benz Financial Svcs**
Creditor's Name

PO Box 961
Roanoke, TX 76262
Number, Street, City, State & Zip Code

Describe the property that secures the claim: 2021 Mercedes-Benz GLE580 20,000 miles

$48,000.00 | $44,780.00 | $3,220.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

**Date debt was incurred** ____ **Last 4 digits of account number** ____

**2.8 New York State Department of Health/OMIG**
Creditor's Name

Michael J. Derevlany
NYS Office of Medicaid Inspector General
Albany, NY 12204
Number, Street, City, State & Zip Code

Describe the property that secures the claim: 204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

$9,406.00 | $2,000,000.00 | $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

**Date debt was incurred** ____ **Last 4 digits of account number** ____

Debtor 1 Sarita Khatri (First Name / Middle Name / Last Name) Case number (if known) 8-26-72276

**2.9 People of the State of New York**
Creditor's Name

400 Carleton Avenue
Central Islip, NY 11722
Number, Street, City, State & Zip Code

Describe the property that secures the claim: 204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

$245.00 | $2,000,000.00 | $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** ______

**2.10 State of New York**
Creditor's Name
Office of the Attorney General
2100 Middle Country Road
Centereach, NY 11720
Number, Street, City, State & Zip Code

Describe the property that secures the claim: 204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

$2,543.00 | $2,000,000.00 | $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** ______

Debtor 1 Sarita Khatri (First Name / Middle Name / Last Name) — Case number (if known) 8-26-72276

**2.1 1 State of New York** — Creditor's Name

Office of the Attorney General
2100 Middle Country Road
Centereach, NY 11720
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 400 Fifth Avenue Unit 44C New York, NY 10018 New York County

$242.00 | $1,000,000.00 | $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____ **Last 4 digits of account number** ____

**2.1 2 U.S. Bank** — Creditor's Name

PO Box 21948
Eagan, MN 55121
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

$655,072.56 | $2,000,000.00 | $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 6/4/19 **Last 4 digits of account number** 4037

Debtor 1 Sarita Khatri — First Name / Middle Name / Last Name

Case number (if known) 8-26-72276

**2.13 U.S. Bank National Association**
Creditor's Name

Describe the property that secures the claim: $96,886.87 | $2,000,000.00 | $5,624.43

204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

425 Walnut Street
Cincinnati, OH 45202
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** Judgment entered October 9, 2024

**Last 4 digits of account number** ______

**2.14 USAlliance Federal Credit Union**
Creditor's Name

Describe the property that secures the claim: $607,832.00 | $1,000,000.00 | $0.00

400 Fifth Avenue Unit 44C New York, NY 10018 New York County

411 Theodore Fremd Avenue
Suite 350
Rye, NY 10580
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** 4/13/18

**Last 4 digits of account number** ______

Debtor 1 Sarita Khatri
First Name Middle Name Last Name

Case number (if known) 8-26-72276

| | | | | | |
|---|---|---|---|---|---|
| 2.15 | Village of Williston Park | Describe the property that secures the claim: | $735.00 | $2,000,000.00 | $735.00 |

Creditor's Name

Describe the property that secures the claim: 204 Guinea Woods Road Old Westbury, NY 11568 Nassau County

494 Willis Avenue
Williston Park, NY 11596
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) ______

Date debt was incurred ______ Last 4 digits of account number ______

Add the dollar value of your entries in Column A on this page. Write that number here: **$4,422,607.49**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$4,422,607.49**

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ] Name, Number, Street, City, State & Zip Code
Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

On which line in Part 1 did you enter the creditor? 2.5
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
HPIII New York 1010 LLC
The Kantrow Law Group PLLC
732 Smithtown Bypass
Suite 101
Smithtown, NY 11787

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
HPIII New York 1010 LLC
c/o Lane T. Maxson Law PLLC
732 Smithtown Bypass, Suite 100
Smithtown, NY 11787

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
HSBC Mortgage Corp
PO Box 4552
Buffalo, NY 14240-4552

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number ___

Debtor 1 Sarita Khatri
First Name Middle Name Last Name

Case number (if known) 8-26-72276

[ ]
Name, Number, Street, City, State & Zip Code
JPMorgan Chase Bank NA
c/o Buonmici & Laraus, LLP
222 Bloomingdale Road
Suite 301
White Plains, NY 10605

On which line in Part 1 did you enter the creditor? 2.5

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
New York State Department of Health/OMIG
New York State Office of the Medicaid
800 North Pearl Street
Albany, NY 12204

On which line in Part 1 did you enter the creditor? 2.8

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany, NY 12227

On which line in Part 1 did you enter the creditor? 2.10

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
U.S. Bank
2800 Tamarack Road
Owensboro, KY 42301

On which line in Part 1 did you enter the creditor? 2.12

Last 4 digits of account number ___

---

[ ]
Name, Number, Street, City, State & Zip Code
U.S. Bank Equipment Finance
Law Offices of Charles A Gruen
381 Broadway
Suite 300
Westwood, NJ 07675

On which line in Part 1 did you enter the creditor? 2.13

Last 4 digits of account number ___

---