**Fill in this information to identify your case:**

Debtor 1 Sarita Khatri
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number 8-26-72276
(if known)

■ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

4.1 **833 Nobo Building Corp**
Nonpriority Creditor's Name
**c/o Flatiron Real Estate Advisors**
**119 West 23rd Street**
**Suite 903**
**New York, NY 10011**
Number Street City State Zip Code

**Last 4 digits of account number** ____ **Unknown**

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible liability on lease**

Debtor 1 Sarita Khatri Case number (if known) 8-26-72276

**4.2** **American Express**
Nonpriority Creditor's Name
**PO Box 297814**
**Ft Lauderdale, FL 33329**
Number Street City State Zip Code

Last 4 digits of account number ____ **$341.00**

When was the debt incurred? ____

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit card**

---

**4.3** **Chase Bank**
Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

Last 4 digits of account number ____ **$6,719.00**

When was the debt incurred? ____

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit card**

---

**4.4** **Citicards**
Nonpriority Creditor's Name
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Last 4 digits of account number ____ **$4,863.00**

When was the debt incurred? ____

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit card**

---

Debtor 1 Sarita Khatri Case number (if known) 8-26-72276

4.5 **Elizabeth Nicholas**
Nonpriority Creditor's Name
c/o Law Office of Victoria Wickman
42 Broadway, Suite 2150
New York, NY 10004
Number Street City State Zip Code

Last 4 digits of account number ______ Unknown

When was the debt incurred? October 2023

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Alleged medical malpractice

4.6 **Karen Gonzalez**
Nonpriority Creditor's Name
c/o Silberstein, Awad & Miklos, P.C.
600 Old Country Road, Suite 505
Garden City, NY 11530
Number Street City State Zip Code

Last 4 digits of account number ______ Unknown

When was the debt incurred? 2020

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Alleged medical malpratice claim

4.7 **Tru Medical Management, LLC**
Nonpriority Creditor's Name
c/o Bergstein, Flynn Knowlton et. al.
767 Third Avenue, 14th Floor
New York, NY 10017
Number Street City State Zip Code

Last 4 digits of account number ______ Unknown

When was the debt incurred? 2021-2022

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Alleged breach of sublease, conversion, fraudulent conveyance and negligence

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1 Sarita Khatri Case number (if known) 8-26-72276

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | Line **4.2** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| **Chase Bank**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | Line **4.3** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| **Citicards**<br>**PO Box 6190**<br>**Sioux Falls, SD 57117** | Line **4.4** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | **Total Claim** |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 11,923.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 11,923.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re: Chapter 11

SARITA KHATRI,

Case No.: 8-26-72276-spg

Debtors.
-----------------------------------------------------------x

**AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)**

Heath S. Berger, attorney for the debtors herein, affirms as follows:

1. Debtor(s) filed a petition under Chapter 11 of the Bankruptcy Code on June 4, 2026.

2. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

3. If applicable, an amended mailing matrix is annexed hereto reflecting such changes as have been referred to above.

Dated: Syosset, New York
September 24, 2026

BFSNG Law Group LLP
Attorneys for Debtor

BY: ______________________________
Heath S. Berger, Esq.
6851 Jericho Turnpike
Suite 250
Syosset, New York 11791
(516) 747-1136

IN RE: SARITA KHATRI

CASE NO. 8-26-72276-spg

CHAPTER 11

***SPECIFIC LIST SETTING FORTH THE CHANGES***

**SCHEDULE F-CREDITORS WHO HAVE UNSECURED CLAIMS**

**ADDITION:**

833 Nobo Building Corp
c/o Flatiron Real Estate Advisors
119 West 23rd Street
Suite 903
New York, NY 10011

833 Nobo Building Corp
c/o Flatiron Real Estate Advisors
119 West 23rd Street
Suite 903
New York, NY 10011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re: Chapter 11

SARITA KHATRI, Case No.: 8-26-72276-spg

Debtors.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
:ss.
COUNTY OF NASSAU )

I , Dawn Profita, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Smithtown, New York.

On September 24, 2026, I served a copy of the within **AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a), SPECIFIC LIST AND AMENDED SCHEDULE E/F** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known addresses set forth after each name:

**SEE ANNEXED SERVICE LIST:**

Dawn Profita

Sworn to before me this
24th day of September, 2026

Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20

# SERVICE LIST

U.S. Trustee
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza-Room 560
Central Islip, NY 11722

U.S. Trustee Trial Attorney
William J. Birmingham
Office of the United States Trustee-Region 2
560 Federal Plaza
Central Islip, NY 11722

833 Nobo Building Corp
c/o Flatiron Real Estate Advisors
119 West 23rd Street
Suite 903
New York, NY 10011