BFSNG Law Group, LLP
6851 Jericho Turnpike, Suite 250
Syosset, NY 11791
(516) 747-1136
Attorneys for Debtor
Heath S. Berger, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
IN RE:

SARITA KHATRI

Chapter 11
Case No.: 26-72276

Debtor.
---------------------------------------------------------------------X

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE,** that upon the annexed Motion (the "Motion") of SARITA KHATRI, the debtor and debtor-in-possession herein ("Debtor"), by her attorneys, BFSNG Law Group, LLP, dated October 1, 2026 for an order pursuant to 11 U.S.C. §1121(d) extending the exclusive periods during which the Debtor may file a Chapter 11 Plan and solicit acceptances thereof; and for such other and further relief as may be just and proper, there will be a hearing in the Courtroom of the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, U.S. Bankruptcy Court, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **the 10th day of November, 2026 at 2:30 p.m.** or as soon thereafter as counsel can be heard (the "Hearing Date").

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, must be filed with the Clerk by accessing the Court's website at www.nyeb.uscourts.gov. and served upon and received by the undersigned no later than 5:00 p.m. on the 6th day of October, 2026 (the "Objection Date"). If no objections are received by the Objection Date, the relief requested in the Motion may be granted on the Hearing Date.

Dated: Syosset, New York
October 1, 2026

BFSNG LAW GROUP, LLP
Attorneys for the Debtor

By: */s/ Heath S. Berger*
Heath S. Berger
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791`
(516) 747-1136